UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10177
_____


WADE H. ENGLISH and
DOUGLAS A. WIREMAN,

                                        Plaintiffs-Appellees,

                        versus

ASHLAND CHEMICAL, INC.,

                                        Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Texas
(3:92-CV-2421-BC)
_____
December 27, 1996


Before JOLLY, JONES, and PARKER, Circuit Judges.

PER CURIAM:[*]

        In this hard-fought and well-tried Title VII case, there
was a material fact question whether the plaintiffs were discharged
because of their race.  The jury answered that question in the
affirmative, apparently resolving ambiguities and credibility
choices against Ashland.  We cannot say that no reasonable jury
could have so found.  Ashland's complaint about the district

_____

        [*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

court's conditional grant of a new trial is therefore moot. Further, we find no abuse of discretion in the district court's handling of evidentiary issues.

Based on our review of the briefs, the excellent arguments of counsel, and pertinent portions of the record, the judgment is <u>AFFIRMED</u>.